Moody Engineering Company, Inc., v. Catalana de Gas y Electricidad, S. A.— It appearing from the answering affidavits that the time in which the defendant was required to appear generally had expired at the time the order to show cause was signed by the presiding justice, the

motion to extend such time must be denied, and the extension granted vacated. Motion denied, with ten dollars costs, and extension vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.